UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LANDON ROTHSTEIN, ET AL.,

                Plaintiffs,

-v-

GMAC MORTGAGE, LLC, ET AL.,

                Defendants.

------------------------------------------------------------X

12 Civ. 3412 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the parties' April 23, 2014, joint letter requesting that portions of the Third Amended Complaint ("TAC") be redacted from the public filing and filed under seal. Pursuant to Rule 4.A of this Court's Individual Practices in Civil Cases, "[a]ny party wishing to file in redacted form any pleading . . . or portion thereof, must submit a specific request to the Court . . . explaining the reasons for seeking to file that submission under seal and addressing the request in light of the Second Circuit's opinion in *Lugosch v. Pyramid Co. of Onondagao*, 435 F.3d 110 (2d Cir. 2006)." The parties have failed to provide such an explanation. Accordingly, their request is preliminarily denied. The parties may renew their redaction request by submitting a letter that complies with Rule 4.A within one week of the date of this order.

    SO ORDERED.

Dated: April __29__, 2014
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2014