# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
Roger W. Kirby
Alice McInerney

VIA EMAIL

May 15, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 15 2014
```

Honorable Alison J. Nathan
United States District Judge
U.S.D.C. for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007-1312

    Re:    *Rothstein, et al. v. GMAC Mortgage, LLC et al.*, No. 12 Civ. 3412 (S.D.N.Y.) (AJN) (AJP)

Dear Judge Nathan:

    We represent Plaintiffs in the above-referenced action, and write regarding Plaintiffs' Third Amended Complaint.

    Pursuant to the April 8, 2014 Stipulation and Amended Scheduling Order signed by Magistrate Judge Andrew J. Peck, Plaintiffs had until April 23, 2014 to file their Third Amended Complaint. On that day, pursuant to Rule 4.A of Your Honor's Individual Practices in Civil Cases, the parties filed a Stipulation attaching the Third Amended Complaint ("TAC"), with a joint letter by the parties requesting redaction of specific portions of the TAC. On April 29, 2014, Your Honor preliminarily denied the redaction request and allowed the parties to renew the request within one week.

    The parties conferred on the issue and decided not to submit a renewed redaction request. Plaintiffs now respectfully submit this letter to Your Honor, amending the Stipulation filed on April 23, 2014 for Your Honor's signature, and for filing of the unredacted Third Amended Complaint via ECF. Defendants consent to this request.

> The Court will sign the parties' Stipulation. However, the parties are reminded that, pursuant to Rule 1.A of the the Court's Individual Practices in Civil Cases, all such letters must be filed on ECF.
> SO ORDERED.

Respectfully Submitted,

*/s/ Mark A. Strauss*
Mark A. Strauss

*Counsel for Plaintiffs*

5/15/14

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES

Enclosures

Cc:    All counsel of record