
**Buckley Sandler** LLP

Ross E. Morrison
1133 Avenue of the Americas
Suite 3100
New York, NY 10036
t 212.600.2315
rmorrison@buckleysandler.com

May 16, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 16 2014
```

Via Electronic Filing
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Rothstein v. GMAC Mortgage*, 12 Civ. 3412 (AJN)

Dear Judge Nathan:

The parties in the above-referenced action write jointly to confirm whether the case management conference scheduled for next Friday, May 23, 2014, at 11:00 a.m., remains on the Court's calendar.

The Court set the May 23, 2014 conference in the Civil Case Management Plan and Scheduling Order, entered October 25, 2013, ECF No. 66. Since the entry of that Order, the Court referred all general pre-trial matters to Magistrate Judge Peck, *see* ECF No. 87, and Magistrate Judge Peck subsequently extended the deadlines in the Scheduling Order by ninety days pursuant to the parties' joint stipulation, *see* ECF No. 94.

The parties do not believe that a case management conference is necessary at this time, but will of course appear if the Court desires that they do so. In the event that the Court wishes to hold a case management conference, defendants request an adjournment of the scheduled date because counsel for defendants has a scheduling conflict on May 23, 2014. The parties are available for a rescheduled conference on June 13 or 20, 2014.

> The case management conference currently scheduled for May 23, 2014, is adjourned sine die.
> SO ORDERED.

Respectfully submitted,

/s Ross E. Morrison
Ross E. Morrison

SO ORDERED: 5/16/14

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc:   All Counsel (via ECF)

WASHINGTON, DC          LOS ANGELES, CA          NEW YORK, NY          CHICAGO, IL