UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDON ROTHSTEIN, ET AL.,

        Plaintiffs,

–v–

GMAC MORTGAGE, LLC, ET AL.,

        Defendants.

12-cv-3412 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In accordance with the Mandate of the United States Court of Appeals for the Second Circuit, filed on October 8, 2015, this case is hereby dismissed. The Clerk of Court is directed to close this case. Any pending motions are moot.

    SO ORDERED.

Dated: Oct 13, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge